**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFEREY S. NEDD,<br><br>        Plaintiff,<br><br>   v.<br><br>LANDON BIRD,<br><br>        Defendant. | No. 1:23-cv-01630-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM<br><br>Docs. 16, 17 |

      Plaintiff Jefferey S. Nedd is proceeding pro se and in forma pauperis in this prisoner action filed pursuant to 42 U.S.C. § 1983. Doc. 16. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On November 22, 2023, the court screened Nedd's initial complaint, found no cognizable claim, and directed him to file an amended complaint no later than January 2, 2024. Doc. 6. Nedd timely filed a first amended complaint ("FAC"). Doc. 7. On November 28, 2023, the magistrate judge screened the first amended complaint, found no cognizable claim, and granted Nedd the opportunity to file a second amended complaint. *See* Doc. 8. Nedd lodged a second amended complaint the next day, presumably before he received the Court's November 28, 2023, screening order. Doc. 9. On December 5, 2023, Nedd lodged two additional nearly identical complaints, one of which was unsigned. Docs. 12, 13. The court disregarded the prematurely lodged second amended complaint, struck the unsigned lodged complaint, and deemed the remaining signed lodged complaint the operative third amended complaint. Docs. 15, 16. Nedd also filed a declaration and exhibits on December 26, 2023, in support of his third amended

1

complaint. Doc. 14.

On March 20, 2024, the magistrate judge issued findings and recommendations recommending the court dismiss the third amended complaint for failure to state a cognizable claim for relief.  Doc. 17.  The findings and recommendations were served on Nedd and contained notice that objections were to be filed within fourteen days of service. *Id*. at 10. Following two extensions of time, Docs. 20, 23, Nedd timely filed objections to the findings and recommendations on June 26, 2024, attaching a copy of his inmate mail history report and two other documents.  Doc. 25.  He filed a duplicate copy of the objections, minus one page, on July 8, 2024.  Doc.  26.  On July 9, 2024, Nedd filed an errata to his objections, attaching part of the inmate mail history report and other documents that he had largely already submitted in previous filings in this case.  Doc. 27.  The inmate mail history report is consistent with the magistrate judge's finding as to when Nedd mailed his notice of appeal in his underlying habeas action, and the objections and documents do not establish any error in the findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case.  After carefully reviewing the file, including plaintiff's objections, the Court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED:

1. The findings and recommendations issued on March 20, 2024, Doc. 17, are ADOPTED IN FULL;
2. This action is DISMISSED with prejudice for failure to state a claim; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 19, 2024

UNITED STATES DISTRICT JUDGE